FENNEMORE CRAIG, P.C.
Janice Procter-Murphy (No. 013078)
Travis A. Pacheco (No. 026337)
2394 E. Camelback Road, Ste 600
Phoenix, Arizona  85016
Telephone:  (602) 916-5000
Email: jpmurphy@fennemorelaw.com
Email: tpacheco@fennemorelaw.com

*Attorneys for Defendant TruWest Credit Union*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Ingrid Virgin, individually and on behalf of all others similarly situated,<br><br>   Plaintiff,<br><br>v.<br><br>TruWest Credit Union,<br><br>   Defendant. | Case No. 2:21-cv-00838-SPL<br><br>**NOTICE OF SETTLEMENT** |

Plaintiff Ingrid Virgin and Defendant TruWest Credit Union, by and through undersigned counsel, notify the Court that the above-captioned lawsuit has been settled, subject to the parties' completion of a formal settlement agreement and court approval for the Fair Labor Standards Act claim.  The parties anticipate filing with the Court a joint motion for approval of settlement agreement and for dismissal of this case upon the execution of the settlement documents.  The parties respectfully request that the Court vacate Plaintiff's August 16, 2021 deadline to file her Amended Complaint, and grant the parties until August 31, 2021 to complete and execute the settlement documents and file the anticipated joint motion for approval of settlement agreement and for dismissal of the case.

A proposed Order regarding the parties' Notice of Settlement and requested relief is lodged concurrently with this Stipulation for the Court's consideration.[1]

---

[1] The Court's Order dated August 2, 2021 states that no further extensions will be granted. Undersigned counsel understands that Order to mean that the Court will not grant any further extensions of time for the parties to attempt to settle the case before having to file their initial pleadings (e.g., Amended Complaint and Answer).  In this Notice, however, the parties request additional time only to complete and execute the settlement agreement and associated pleadings.

DATED: August 10, 2021.

**FENNEMORE CRAIG, P.C.**

By: */s/ Travis A. Pacheco*
    Janice Procter-Murphy
    Travis A. Pacheco

*Attorneys for Defendant TruWest Credit Union*

**PARMET PC**

By: */s/ Matthew S. Parmet*
    Matthew S. Parmet (*pro hac vice*)
    3 Riverway, Suite 1910
    Houston, TX  77056

**SICO HOELSCHER HARRIS LLP**
Jason P. Hoelscher
802 N. Carancahua, Ste. 900
Corpus Christi, TX  98401

*Attorneys for Plaintiff*