IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ingrid Virgin,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>Truwest Credit Union,<br><br>　　　　　Defendant. | No.　CV-21-00838-PHX-SPL<br><br>**ORDER** |

On March 11, 2021, Plaintiff filed a complaint against Defendant alleging violations of the Fair Labor Standards Act, 29 U.S.C. §§ 201–19 ("FLSA"), violations of the Arizona Wage Act, A.R.S. § 23-350, et seq., and unjust enrichment (Doc. 1). The parties have notified the Court that they have reached a final settlement that resolves this action and have filed a joint motion requesting that the Court approve their settlement agreement. *See Juvera v. Salcido*, 2013 WL 6628039, at *3 (D. Ariz. Dec. 17, 2013*)*; *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350 (11th Cir. 1982); *Seminiano v. Xyris Enter., Inc.*, 602 Fed. App'x. 682, 683 (9th Cir. 2015) (unpublished). Having considered the parties' filings and finding that the settlement agreement represents a fair and reasonable resolution of a *bona fide* dispute under the FLSA,

**IT IS ORDERED:**

1. That the parties' Joint Motion for Approval of Settlement Agreement and for Dismissal of the Case with Prejudice (Doc. 19) is **granted**;

2. That Plaintiff's individual claims are **dismissed with prejudice**, with each

1  party to bear its own attorneys' fees and costs except as expressly provided in the FLSA
2  Agreement;

3     3.    That the claims of the putative class and collective members in this action are
4  **dismissed without prejudice**; and

5     4.    That the Clerk of Court shall **terminate** this case and enter judgment
6  accordingly.

7     Dated this 13th day of September, 2021.

Honorable Steven P. Logan
United States District Judge