1
2
3
4
5
6

**IN THE UNITED STATES DISTRICT COURT**

7

**FOR THE DISTRICT OF ARIZONA**

8

| | |
|---|---|
| 9  Ingrid Virgin, | **NO. CV-21-00838-PHX-SPL** |
| 10            Plaintiff, | **JUDGMENT OF DISMISSAL IN A** |
| 11  v. | **CIVIL CASE** |
| 12  Truwest Credit Union, | |
| 13            Defendant. | |

14

15      **Decision by Court.**   This action came for consideration before the Court.   The

16   issues have been considered and a decision has been rendered.

17      IT IS ORDERED AND ADJUDGED that pursuant to the Court's order filed

18   September 13, 2021, judgment is hereby entered and this case is now closed.

19
20                                        Debra D. Lucas
21                                        District Court Executive/Clerk of Court

22   September 13, 2021

23                                        s/ S. Strong
                                   By    Deputy Clerk
24
25
26
27
28